**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
Third Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR  Jesus S. Espinal          JOINT-DEBTOR: _____ CASE NO: 17-10197 LMI
Last Four Digits of SS# 3952      Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___36___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $___266.25___ for months ___1___ to ___2___;
    B.    $___367.88___ for months ___3___ to ___36___; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3500.00 + $150.00 Cost = $ 3650.00 TOTAL PAID $ 1,100.00
                    Balance Due-   $ 2,550.00  payable $ 231.82 /month (Months ___1___ to ___11___)

Secured Creditors:   [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____     Arrearage on Petition Date    $_____
Address:_____       Arrears Payment $_____/month (Months ___ to ___)
Account No: _____       Regular Payment $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1._____  Total Due  $_____
                           Payable    $_____/month   (Months ___ to ___)

Unsecured Creditors:  Pay $ 7.80 /month (Months 1 to 2 )
                          Pay $ 99.27 /month (Months 3 to 11 )
                          Pay $ 331.09 /month (Months 12 to 36 )

Pro rata dividend will be calculated by the Trustee upon review of file claims after bar date.

Other Provisions Not Included Above: N/A


     /s/_____
Debtor
Date: 02/28/2017 _____